In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00272-CV

_____

CITY OF BEAUMONT, Appellant

V.

JOSEPH FAZIO, Appellee

_____

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 129808

_____

ORDER

The City of Beaumont perfected an accelerated appeal from an order denying its plea to the jurisdiction. On July 31, 2018, the City of Beaumont filed a motion to remand the case to the trial court for entry of an agreed final judgment. No objection has been filed by the appellee, Joseph Fazio.

We grant the motion and abate the appeal until September 10, 2018. *See* Tex. R. App. P. 42.1(a)(2)(C). If a settlement has been finalized by that date, the appellant is instructed to file a motion to reinstate and dismiss the accelerated appeal in

1

accordance with their settlement agreement. If the parties have not finalized a settlement by that date, the appellant must file a report informing this Court about the status of the appeal and request an extension of the abatement.

ORDER ENTERED August 9, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.